FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2010 FEB 11  AM 10: 34

CLERK, US COURT
OCALA, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO.  5:10-cr-9-6C-35GRJ
18 U.S.C. § 113

THOMAS DANIEL MALLOY

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about February 3, 2007, in Sumter County, Florida, in the Middle District of Florida,

**THOMAS DANIEL MALLOY**

the defendant herein, in the Federal Correctional Complex - Coleman (FCC-Coleman) a federal correctional complex and a place within the special maritime and territorial jurisdiction of the United States, aiding and abetting others known and unknown, did knowingly assault David Rahimipo Moghdam, resulting in serious bodily injury.

All in violation of Title 18 United States Code, Sections 113(a)(6) and 2.

A. BRIAN ALBRITTON<br>
United States Attorney

By: _____
    Bruce S. Ambrose
    Assistant United States Attorney

By: _____
    Roger B. Handberg, III
    Assistant United States Attorney
    Chief, Orlando Division