# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

v.

THOMAS DANIEL MALLOY

**WAIVER OF INDICTMENT**

Criminal No. 5:10-cr-9-OC-35GRJ

FILED 2010 FEB 11 AM 10:35 CLERK US DISTRICT COURT OCALA FLORIDA

I, THOMAS DANIEL MALLOY, the above named defendant, who is accused of Assault, in violation of 18 U.S.C. § 113, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
THOMAS DANIEL MALLOY
Defendant

_____
William D. Matthewman
Counsel for Defendant

Before _____
             Judicial Officer